COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-14-00304-CV

Style:      TVMAX Holdings, Inc. and Broadband Ventures Six, L.L.C.
v. Spring Independent School District

Date motion filed:    May 14, 2014

Type of Motion:    Objection to Mediation

Party filing motion:    Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated May 9, 2014.

Judge's signature: <u>/s/ Laura Carter Higley</u>
          x  Acting individually

Date:  <u>May 16, 2014</u>

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).